# UNITED STATES DISTRICT COURT

Western District of Texas
655 East Cesar E. Chavez Blvd., Room G-65
San Antonio, Texas 78206

Jeannette J. Clack
Clerk of Court

December 18, 2017

DONNA McKINNEY
BEXAR COUNTY DISTRICT CLERK
PAUL ELIZONDO TOWER
101 W.NUEVA, SUITE 217
SAN ANTONO, TEXAS 78205-3411

I, Jeannette J. Clack, Clerk of the United States District Court for the Western District of Texas, do hereby certify and transfer the below-styled and numbered cause to the 224th Judicial District Court, of Bexar County Texas pursuant to an Order entered remanding, by the Honorable Judge Orlando L. Garcia. Enclosed is a certified copy of the transferring order and docket sheet in the cause entitled: Case Number: SA-17-CV-946-OLG; Sunburst Homeowners Assoc. vs. Nationwide Property & Casualty Insurance Co., et.al.. IN TESTIMONY WHEREOF, I have hereunto Subscribed my name and affixed the seal of the aforesaid Court at San Antonio, Texas, this 18th day of December, 2017.

JEANNETTE J. CLACK, CLERK

BY: _____

Wayne Garcia, Deputy Clerk